W. T. Bryant, Plaintiff-Appellee, v. August Recklein, Defendant-Appellant.

Term No. 55-O-3.

Fourth District.

February 1, 1956.

Released for publication February 23, 1956.

Baker, Kagy &
Wagner, for appellant; Bernard H. Bertrand, of counsel; Louis
Beasley, for appellee. Opinion by JUSTICE SCHEINEMAN. Not
to be published in full.